**2014–0597. State ex rel. Britford v. Tyack.**
In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo.

Upon consideration of relator's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

*May 22, 2014*

[Cite as *05/22/2014 Case Announcements*, 2014-Ohio-2167.]

## MOTION AND PROCEDURAL RULINGS